United States District Court
Southern District of Texas
**ENTERED**
June 03, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JACOB LEWIS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-00042 |
| | § | |
| CO-OPERATIVE ADJUSTMENT BUREAU, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## DISMISSAL ORDER

On May 6, 2019, the Court sent notice to all parties to attend a default judgment hearing on May 23, 2019. Dkt. 17. The Plaintiff did not attend the hearing. Dkt. 18. Accordingly, the Court ordered the Plaintiff to attend a show cause hearing on May 30, 2019. Dkt. 19. The Plaintiff failed to appear at this hearing as well. In light of the Plaintiff's consistent failure to appear, the Court **DISMISSES** this case **WITHOUT PREJUDICE** for want of prosecution. *See Lewis v. Brown & Root, Inc.*, 711 F.2d 1287, 1291 (5th Cir. 1983) ("Rule 41(b) of the Federal Rules of Civil Procedure permits a dismissal for want of prosecution where there is a record of delay or contumacious conduct….").

This is a **FINAL JUDGMENT**.

SIGNED at Galveston, Texas, this 3rd day of June, 2019.

_____
George C. Hanks Jr.
United States District Judge